# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In The Matter Of:

JAMES R. SANTANGELO
LAVERNE SANTANGELO

                    Debtor(s)

_____/

In Bankruptcy:

Case No. 09-61203-WSD
Chapter 7
Hon. WALTER SHAPERO

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $4.54 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| Claimant | Claim No. | Amount of Dividend |
|----------|-----------|--------------------|
| Ann Arbor Credit Bureau | 4 | $4.54 |
| 311 N Main Street | | |
| Ann Arbor, MI 48104 | | |

**Total: $4.54**

Respectfully Submitted,


/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 06/30/2011